IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HAROLD RAY, on behalf of himself )
and all others similarly situated, )
)
    Plaintiff, )
)
v. ) Case No. 2:17-cv-99-MHT-GMB
) [WO]
NATIONSTAR MORTGAGE LLC OF )
DELAWARE, d/b/a Champion )
Mortgage Company, )
)
    Defendant. )

## **ORDER**

Pending before the court is Plaintiff's motion for leave to have his deposition taken for preservation purposes. Doc. 41. Defendant previously filed a response opposing this request. Doc. 44. During the court's telephone hearing on March 27, 2018, defense counsel materially withdrew the objection to Plaintiff's preservation deposition but did request leave for limited written discovery prior to the deposition. Accordingly, and for good cause, Plaintiff's Motion (Doc. 41) is GRANTED.

For the reasons stated on the record during the hearing, it is further ORDERED as follows:

1.     Defendant shall serve any written discovery requests related to Plaintiff's deposition no later than **April 3, 2018.**

2.     Plaintiff's responses to these requests shall be served no later than **April 17, 2018.**

3. Plaintiff's deposition shall be completed no later than **May 8, 2018.**

As also addressed during the hearing, the parties are encouraged to obtain testimony on all factual issues relevant to Plaintiff's claims during his deposition. If Defendant requests an additional deposition of Plaintiff following the lifting of the stay in this matter, Defendant may seek leave of court for conducting such a deposition at that time.

Notwithstanding the provisions of this Order, this matter remains stayed and administratively closed.

DONE this 27th day of March, 2018.

/s/ Gray M. Borden
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE