IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CYNTHIA RUTH SAWYER, as      )
Administrator of the         )
Estate of Harold Dean Ray,   )
deceased, on behalf of       )
herself and all others       )
similarly situated,          )
                             )
     Plaintiff,              )
                             )        CIVIL ACTION NO.
     v.                      )          2:17cv99-MHT
                             )             (WO)
NATIONSTAR MORTGAGE          )
LLC OF DELAWARE, d/b/a       )
Champion Mortgage            )
Company,                     )
                             )
     Defendant.              )
```

**JUDGMENT**

Based on the joint stipulation of the parties made orally on the record during the conference call on January 6, 2023, it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety, with prejudice as to named plaintiff Cynthia Ruth Sawyer's claims, and without prejudice as to the claims of the putative plaintiff class, and with the parties each to bear their own costs.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 9th day of January, 2023.**

                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**